**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7226**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

TERRY D. JONES, a/k/a Rick,

             Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:95-cr-00037-RGD-1)

Submitted:  October 14, 2008          Decided:  October 20, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry D. Jones, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry D. Jones appeals the district court's order denying relief on his motion to reduce his sentence under 18 U.S.C. 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 4:95-cr-00037-RGD-1 (E.D. Va. filed June 6, 2008; entered June 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED